A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. 1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

MAR 0 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Branden Samuel Priest III

_____ )

_____ )

_____ )

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

v.

Broward Sheriff office )

State Attorney )

Judge Tim Bailey )

Public Defender Tanner Demmery

(Enter above the full name of the defendant or
defendants in this action.)

cat / div  1953  5TD  Broward
Case # _____
Judge _____
Motn Ifp  NO    Mag  R GW
Receipt # _____    Fee pd $  O

Instructions for Filing Complaint by Prisoners Under the
Civil Rights Act, 42 U. S. C. 1983

        This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To
start an action you must file an original and one copy of your complaint for each defendant you name and one
copy for the court. For example, if you name two defendants, you must file the original and three copies of
the complaint. You should also keep an additional copy of the complaint for you own records. **All copies of
the complaint must be identical to the original.**

        The clerk will not file your complaint unless it conforms to these instructions and to these
forms.

        Your complaint must be legibly handwritten or typed. The plaintiff or plaintiffs must sign and swear to
the complaint. If you need additional space to answer a question, you may use the reverse side of the form or
an additional blank page.

        Your complaint can be brought in this court only if one or more of the named defendants are located
within this district. Further, it is necessary for you to file a separate complaint for each claim that you have
unless they are all related to the same incident or issue.

1

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in other copy is for your records. After filling in the petition, authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.   Previous Lawsuits

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( X )   No (   )

    B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit
        Plaintiffs: _Brandon Samuel Priest II_

        Defendants: _Broward Sheriff office_

        2.   Court (if federal court, name the district; if state court, name the county): _United States Southern District_

        3.   Docket Number: _0:17-cv-61021_

        4.   Name of Judge to whom case was assigned: _Patrick A. White_

        5.   Disposition ( for example: Was the case dismissed? Was it appealed? Is it still pending?): _appealed - dismissed_

        6.   Approximate date of filing lawsuit: _5/30/2018_

        7.   Approximate date of disposition: _5/30/2018_

II.   Place of present confinement: _Main Broward County Jail_

A.  Is there a prisoner grievance procedure in this institution:   Yes ( X )   No  (   )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( X )   No (   )

C.  If your answer is YES:
   1.  What steps did you take? _All departments of administration have been notified_

   2.  What was the result? _negligence – no relief_

D.  If your answer is NO, explain why not: _____ _N/A_ _____

III.  Parties
   ( In item A below, place your name in the first blank and place your present address in the second blank.  Do the same additional plaintiffs, if any.)

   B.  Defendant _Broward Sheriff Office_
      Is employed as _Broward Sheriff Office_ at _____
      _Broward Sheriff Office_.

   C.  Additional Defendants: _State Attorney; Judge Tim Bailey; Public Tanner Damweey_

IV.  Statement of Claim
   State here as briefly as possible the **facts** of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.
   ( Use as much space as you need.  Attach extra sheets if necessary.)

   _My 1st – 27th U.S. Constitutional amendment rights are being violated to demand speedy trial; due process_

foretha hearing - Nelson Hearing
court ordered medical attention, writ of habeas corpus
self-representation-pro-se; freedom of speech-
grievance-petition; misconduction of law; cruel and
unusual punishment. ~~comment~~ Inmates committed-
conspiracy to escape and committed aggravated
stalking- assault thawing-projecting feces at my
persons and cell 2-28-2018.

V.    Relief

**State briefly exactly what you want the court to do for you.**

Make no legal arguments,   Cite no cases or statutes.

Proceed Pro-se - self representation; demand speedy
trial; Aquittal; court ordered medical attention;

4

_Faretta Hearing -Nelson Hearing; Giglio Hearing;_
_Preliminary writ of habeas corpus._

Signed this ___28th___ day of ___Feburary___ , 201**8**

_Brandy Samuel Priest III_
_____
(Signature of plaintiff or plaintiffs)

**VERIFICATION**

State of Florida
County of Broward

I _____ , being first duly sworn, under oath, says:

That he is the plaintiff in this action and knows the content of the above complaint; that it is

true of his own knowledge, except as to those matters that are stated in it on his information

and belief, and as to those matters he believes to be true.

_____
Signature of Plaintiff

Subscribed and sworn to before me this _____ day of _____, 201**8**

_____

5

Branden Samuel Priest III
Cyress no. 231 768533
Case no. 17-3528CFIOA
P.O. Box 9356 Main Broward JAIL
Fort Lauderdale, Florida 33310

USMS
INSPECTED



REC'D by _____ D.C.

MAR 05 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

RECEIVED

MIAMI FL 331

FOREVER
USA

Barn Swallow

Clerk of the United States
District Court for the Southern
District of Florida, 301 North Miami
Avenue, Miami, Florida 33128-7788

331267702 0075